```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal Case No. |
| ) | 5:11-cr-29-JMH-HAI |
| v. ) | 5:14-cv-7368-JMH-HAI |
| JAMES NORMAN TUREK, ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| Defendant. ) | |

                                  ***

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Hanly A. Ingram. [DE 92]. Judge Ingram's recommendation is based on the Defendant's recent filing of July 14, 2015. [DE 91]. It is titled "Amendment to the Response to Turek's Motion to Vacate Sentence," and, thus, the magistrate judge construed it as an amended reply memorandum in support of Defendant's motion to vacate. Judge Ingram found that the amended reply was filed outside of the time period allowed to amend pleadings as a matter of course, and declined to allow the amendment on other grounds. [DE 92 at 2]. Therefore, the magistrate judge recommends that Defendant's amended reply memorandum be denied without prejudice and stricken from the record.

The magistrate judge's Report and Recommendation was filed on July 17, 2015. It advised Defendant that objections to the

same were due within fourteen days or further appeal would be waived. That time has now expired, and Defendant has filed no objections.

Generally, "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge." 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice,* "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn,* 474 U.S. 140, 150 (1985). Consequently and in the absence of any objections from Defendant Turek, this Court adopts the well-articulated and detailed reasoning set forth in the Report and Recommendation as its own.

Accordingly, **IT IS ORDERED:**

(1) that the Report and Recommendation of Magistrate Judge Hanly A. Ingram [DE 92] is **ACCEPTED** and **ADOPTED;**

(2) that Turek's amended reply memorandum, [DE 91], is **STRICKEN** from the record, and any newly asserted claims therein are **DENIED WITH PREJUDICE**.

This the 7th day of August, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge