UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Case No. 5:11-cr-29-JMH-HAI |
| v. | ) ) | 5:14-cv-7368-JMH-HAI |
| JAMES NORMAN TUREK, | ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | ) ) | |

\*\*\*

This matter is before the Court upon the Motion for New Trial filed by Defendant, James Norman Turek, *pro se*, pursuant to Fed. R. Crim. P. 33(b) based on newly discovered evidence. [DE 102].

Federal Rule of Criminal Procedure 33 provides that, "[u]pon the defendant's motion, the court may vacate any judgment and grant a new trial if the interest of justice so requires." Fed. R. Civ. P. 33.  Motions "grounded on newly discovered evidence must be filed within 3 years after the verdict or finding of guilty.  If an appeal is pending, the court may not grant a motion for a new trial until the appellate court remands the case." Fed. R. Crim. P. 33(b)(1).  A motion on any other ground "must be filed within

14 days after the verdict or finding of guilty." Fed. R. Crim. P. 33(b)(2).

The jury having returned a guilty verdict in this case on June 22, 2012 [DE 45], the time for filing a motion for new trial pursuant to Rule 33 has expired. Accordingly, Defendant's Motion for a New Trial [DE 102] is **DENIED**.

This the 29th day of October, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge